# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA
Plaintiff(s)

vs.                                              Case Number:   12-CR-00050-JHP

VERNON JAMES HILL
DEANDRE ANTONIO HOPKINS
DEJUAN LESHAE HILL
Defendant(s)

### WITNESS LIST FOR TRIAL/HEARING

**SUBMITTED BY ATTORNEY:**   JOEL-LYN A. McCORMICK/DENNIS A.FRIES

**PARTY REPRESENTED:**        UNITED STATES

| No | Name (Do NOT include addresses) | Date/Time of Testimony (To be completed by Clerk) |
|---|---|---|
| 1. | TPD Officer Stephen Sanders  1/23 4/15 *daubert* | 1/24 - 12:50 - 1:40, 2-13 1:30 |
| 2. | Tony Lee Kimble, Jr. | |
| 3. | Anthony Campbell | 1-25  9:35 |
| 4. | Eddie Brown | 2-8  2:10 |
| 5. | TPD Officer Amilee "Popsi" Floyd | 1-24  4:05 |
| 6. | TPD Officer Adam Miller | 1-24  10:45 |
| 7. | Norma Deleon | 1-24  11:30-12:15, 1:50 |
| 8. | Melissa Hauser  MORTON | 1-24 - 2:15 |
| 9. | Jessica Grant | 1-24  2:30 |
| 10. | Ryan Miller | |
| 11. | Sergio Torres | 1-24  2:50 |
| 12. | Reaudry Maxwell | |
| 13. | TPD Officer Heather Howard | 1-24  3:00 |
| 14. | TPD Detective John Brown | 1-24  3:40 |
| 15. | Mary Day | |
| 16. | Joshua Gilley | 2-5  10:15 |
| 17. | Bill Pittman | 1-24  4:20 |
| 18. | TPD Sgt.  Chris Witt | 1-25  9:15 |
| 19. | TPD Officer Robert Yerton | 2-12  11:30 |

Witness List

| No | Name (Do NOT include addresses) | Date/Time of Testimony (To be completed by Clerk) |
|----|----------------------------------|---------------------------------------------------|
| 20. | TPD Officer Susannah Ralston | |
| 21. | TPD Officer Steven Douglas | |
| 22. | TPD Officer Deborah Glenn | |
| 23. | TPD Officer Robin Jones | 1-24  4:30 |
| 24. | TPD Officer Jim Cole | |
| 25. | TPD Officer Scott | |
| 26. | TPD Officer Jon Cozad | |
| 27. | Grasiela Galvan | 1-25  11:25 |
| 28. | Susan Elizabeth Greek | 1-25  10:35 |
| 29. | TPD Officer Steven Berry | |
| 30. | Ruby Gene Reynolds | 1-25 10:25 |
| 31. | Mary Eileen Bridges | |
| 32. | Ted Warren | |
| 33. | Carl Littledave | 2-5  9:25 |
| 34. | TPD Sgt. David Walker | 2-5  9:35 |
| 35. | Patricia Brown | 2-5  10:00 |
| 36. | Ahmad Abd Raffur | 2-5  11:15 |
| 37. | Samuel Osei | 2-6  1:40 |
| 38. | Telitha Saphire Johnson | |
| 39. | TPD Officer Matthew Driskell | |
| 40. | TPD Officer Brian Tillinghast | 2-5  11:40 |
| 41. | Dennis Whitworth | |
| 42. | Duncan Herron | 2-5 COST 2:05 |
| 43. | Jackie McKenzie | 2-6  2:35 |
| 44. | David ~~Voghtman~~ Vogtman | 2-6  4:00 |
| 45. | Charles Howard | 2-6  4:25 |
| 46. | Trent Vaugh | 2-6  4:15 |
| 47. | Sunny Vaugh | |
| 48. | Ella Kasraie-Rooney | 2-6  3:45 |
| 49. | Amanda Harrell | 2-6  4:05 |
| 50. | David McCombs | |

Witness List

| No | Name (Do NOT include addresses) | Date/Time of Testimony (To be completed by Clerk) |
|---|---|---|
| 51. | Nathaniel Stewart | |
| 52. | Susan Rutledge | |
| 53. | Anita Mullins | 2-7 10:25 |
| 54. | TPD Officer Benjamin Elliott | |
| 55. | TPD Det. Aldridge | |
| 56. | TPD Det. Margaret Lowall | |
| 57. | TPD Det. Eric Spradlin | |
| 58. | TPD Det. William Parrish | |
| 59. | Reandra Maxwell | |
| 60. | Sherman Hickman | |
| 61. | Jada Ostrom | |
| 62. | Cicely Wilson | |
| 63. | Brion Johnson | 2-7 9:10 |
| 64. | Samone Isom | |
| 65. | Symira Smittick Clifton | 2-7 10:10 |
| 66. | Kori Shaver | 2-7 2:15 |
| 67. | Chelsi Collins | 2-6 4:30 |
| 68. | Brenda Bonnie Reilly | 2-7 1:30 +/- |
| 69. | Elizabeth Williams | 2-7 10:30 |
| 70. | Jestina Louise Campbell | 2-7 11:00 |
| 71. | Juantonio Baldwin | 2-7 11:20 |
| 72. | Felicia Olmos | 2-7 11:35 |
| 73. | Dale Johnson | 2-7 1:20 |
| 74. | TPD Officer Malcom Wightman | |
| 75. | TPD Officer Donnie Johnson | 2-7 2:50 |
| 76. | TPD Officer Jackie Keeler | |
| 77. | TPD Sgt. Brandon Watkins | 2-7 2:25 |
| 78. | TPD Det. Christopher Stout | 2-7 3:55 |
| 79. | TPD Det. Maxwell Ryden | 2-8 9:00 |
| 80. | FBI SA John W. Fitzer | 2-8 2:35 |
| 81. | Whitney Landrum | |

Witness List

| No | Name (Do NOT include addresses) | Date/Time of Testimony (To be completed by Clerk) |
|----|----------------------------------|---------------------------------------------------|
| 82. | TPD Officer Mark Robinson | 2-12  11:10 |
| 83. | TPD Investigator Robert Hickey | |
| 84. | TPD Chemist John Wilson | 2-12  10:35 |
| 85. | TPD Chemist Byron Smith | |
| 86. | FBI SA Loel Skoch | 2-12  1:55 |
| 87. | Cricket Custodian of Records  *Matthews Case* | 2-5  11:45  Matthew Davis Kase |
| 88. | Sprint Nextel Custodian of Records | 2-6  2:10 |
| 89. | FBI SA Andrew Kerstetter | 2-12 - 3:25, 2-13 9:15 |
| 90. | David Dionne | |
| 91. | Sheila Farley | |
| 92. | Christina Young | |
| 93. | George Saffa | |
| 94. | TPD Officer Patrick Yerton | |
| 95. | Rebecca Montano | 2-12  1:30 |
| 96. | Gwendolyn Ludwick | |
| 97. | TPD Officer D. Mathers | |
| 98. | TPD Officer William White | 2-12  1:45 |
| 99. | Glenda Herron | |
| 100. | FBI Special Charlie Jones | 2-13  2:55, 5:20 |
| 101. | Jack Reusser | |
| 102 | ~~Jamisha~~ Frank, Jimmisha | 2-7  9:30 |
| | | |
| | | |
| | | |
| | | |
| | | |

(For Additional lines, press Enter or Tab)

Witness List

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA
      Plaintiff(s)

vs.                                             Case Number:    12-CR-00050-JHP

VERNON JAMES HILL
DEANDRE ANTONIO HOPKINS
DEJUAN LESHAE HILL
        Defendant(s)

### EXHIBIT LIST FOR TRIAL

**SUBMITTED BY ATTORNEY:  J. McCORMICK and D. FRIES**

**PARTY REPRESENTED:    UNITED STATES**

| No. | Ofr | Obj | Adm | Description |
|-----|-----|-----|-----|-------------|
| 1. | 2-5 | ✓✓ | — | Facebook Photograph of small child surrounded by loose U.S. currency |
| 2. | | | | Facebook Photograph of small child surrounded by $100 bills and holding money in his/her mouth |
| 3. | 2-5 | ✓ | ✓ | Facebook Photograph of three males including D. Hopkins and D. Tiger |
| 4. | 2-5 | ✓ | ✓ | Facebook Photograph of D. Hopkins with wad of money in his mouth/ D. Tiger holding money |
| 5. | 2-5 | ✓ | ✓ | Facebook posting of K.  Hopkins, M. Devers ,D. Hopkins and D. Herron |
| 6. | 2-5 | ✓ | ✓ | Facebook Photograph of group of people standing near video games |
| 7. | 2-5 | ✓ | — | Facebook posting of photograph depicting U.S. Currency spread out on floor |
| 8. | 2-5 | ✓ | — | Facebook posting of photograph depicting Samone Isom, Christopher Lewis and small child |
| 9. | 2-5 | ✓ | — | Facebook Photograph of D. Hopkins with D. Tiger standing behind him |
| 10. | 2-5 | ✓ | — | Facebook Photograph of K. Hopkins, D. Hopkins, E.  Brown, Dalon and Dash in  park |
| 11. | | | | Facebook Photograph of Symira Smittick and James Miller |
| 12. | 1-24 | ✓ | ✓ | Facebook Photograph posted on Charliesa Hopkins' Facebook Page (five males) |
| 13. | 1-24 | ✓ | ✓ | Facebook posting with picture of D. Tiger and D. Hopkins |
| 14. | 1-24 | ✓ | ✓ | Facebook posting from Chas.Miller with picture depicting U.S. Currency and Hawaiian punch |
| 15. | 1-24 | ✓ | ✓ | Facebook posting with caption picture of Sman Hopkins in pre Fourth of July Party |
| 16. | 1-24 | ✓ | NO | Facebook posting from Dejuan Hill's page depicting James Miller |

Trial Exhibit List - Submit to Ctrm Deputy Do Not File

CV-16A 10/07

| No. | Ofr | Obj | Adm | Description |
|-----|-----|-----|-----|-------------|
| 17. | 1-24 | ✓ | NO | Facebook posting from Dejuan Hill's page depicting numerous people including "Mill Ticcet" |
| 18. | 1-24 | ✓ | NO | Facebook posting from Dejuan Hill's page with picture of pink drink |
| 19. | 1-24 | ✓ | NO | Facebook posting depicting picture of small child surrounded by loose U.S. currency |
| 20. | 2-13 | ✓ | ✓ | Tulsa Multi-Agency Gang Operational Team documentation for D. Tiger |
| 21. | 2-13 | ✓ | ✓ | Tulsa Multi-Agency Gang Operational Team documentation for D. Hopkins |
| 22. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for K. Hopkins |
| 23. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for D. Hill |
| 24. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for V. Hill |
| 25. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for J. Miller |
| 26. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for C. Lewis |
| 27. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for M. Devers |
| 28. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for D. Herron |
| 29. | 1-24 | — | ✓ | IBC Surveillance video |
| 30. | 1-24 | — | ✓ | Photograph of IBC Bank (front/exterior) |
| 31. | 1-24 | — | ✓ | Photograph of IBC Bank (side exterior/looking toward McDonald's) |
| 32. | 1-24 | — | ✓ | Photograph of IBC Bank (side exterior/looking toward apartments) |
| 33. | 1-24 | — | ✓ | Photograph of IBC Bank in the lobby toward teller counter |
| 34. | 1-24 | — | ✓ | Photograph of IBC Bank in the lobby toward front door |
| 35. | 1-24 | — | ✓ | Photograph close-up of IBC toward teller counter |
| 36. | 1-24 | — | ✓ | Photograph of perpetrator at the IBC teller counter |
| 37. | 1-24 | — | ✓ | Photograph of perpetrator at the IBC teller counter holding bag |
| 38. | 2-12 | — | ✓ | Photograph of two print cards taken from IBC teller counter |
| 39. | 2-12 | — | ✓ | Photograph of three print cards taken from IBC teller counter |
| 40. | 1-24 | ✓ | ✓ | Photo line-up used (IBC) |
| 41. | 1-24 | ✓ | ✓ | Inventory of items taken during the robbery of Dooley Pharmacy |
| 42. |  |  |  | Brown cloth gloves found in Silver Monte Carlo |
| 43. |  |  |  | Silver and black S & W pistol found in Silver Monte Carlo |
| 43a-b |  |  |  | Magazine and Ammunition |
| 44. |  |  |  | Grey spandex gloves found in Silver Monte Carlo |
| 45. |  |  |  | Multicolored cloth gloves seized from Silver Monte Carlo |

CV-16A 10/07

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
| 46. | 1-24 | ✓ | ✓ | Bottle of cough syrup seized from Silver Monte Carlo |
| 47. | | | | Black stocking caps seized from Silver Monte Carlo |
| 48. | | | | Sig Sauer handgun seized from Silver Monte Carlo |
| 49-49a | | | | 9mm magazine for Sig Sauer and ammunition |
| 50. | 1-24 | ✓ | ✓ | Photographs of DNA items # 13A-13C-2 (Dooley) |
| 51. | 1-24 | ✓ | ✓ | Photograph of DNA items #13D-13E (Dooley) |
| 52. | 1-25 | ✓ | ✓ | T.Roy Barnes surveillance video |
| 53. | | | ✓ | Photograph T. Roy Barnes Drug Store (front) |
| 54. | | | | Photograph T. Roy Barnes (lobby - in front of counter) |
| 55. | | | | Photograph T. Roy Barnes (behind the counter) |
| 56. | | | | Photograph T. Roy Barnes (shelves) |
| 57. | | | | Photograph T. Roy Barnes (counter with trash can underneath) |
| 58. | | | | Photograph T. Roy Barnes (door to back room with hooks on the wall) |
| 59. | | | | Photograph T.Roy Barnes (hooks on wall in back room) |
| 60. | | ✓ | ✓ | Photograph T. Roy Barnes (shelf against back wall) |
| 61. | | | ✓ | Photograph of victim and two perpetrators standing behind the counter |
| 62. | | | ✓ | Photograph of perpetrator wearing red hooded jacket |
| 63. | | | ✓ | Photograph of perpetrator wearing red hooded jacket carrying a bag |
| 64. | | | ✓ | Photograph- Stolen Ford Explorer (front exterior) |
| 65. | | | ✓ | Photograph- Stolen Ford Explorer (rear exterior) |
| 66. | | | ✓ | Photograph- Stolen Ford Explorer (front interior) |
| 67. | | | ✓ | Photograph- Stolen Ford Explorer (back interior) |
| 68. | | | ✓ | Photograph of items left in the stolen Ford Explorer |
| 69. | | | ✓ | Photograph of stolen Century Buick (side) |
| 70. | | | ✓ | Photograph of stolen Century Buick (rear) |
| 71. | | | ✓ | Photograph of stolen Century Buick (interior) |
| 72. | | | ✓ | T. Roy Barnes Inventory of stolen controlled substances |
| 73. | 2-5 | | 2-5 ✓ | Blue hooded Jacket |
| 74. | | ✓ | 2-5 ✓ | Brown gloves |
| 75. | | | 2-12 | Photograph of DNA item #28  (T. Roy Barnes) |
| 76. | | | 2-12 | Shirt Sleeve recovered from stolen Ford Explorer |

CV-16A 10/07

| No. | Ofr | Obj | Adm | Description |
|-----|-----|-----|-----|-------------|
| 77. | 1-25 | ✓ | | Map depicting locations relevant to stolen car and T. Roy Barnes |
| 78. | 2-5 | — | ✓ | Photograph of house located at 20 West 27th Street North, Tulsa, Ok |
| 79. | 2-5 | ✓ | ✓ | Metro surveillance video   8-13-2011 |
| 80. | | | | Metro Pharmacy 911 call |
| 81. | 2-5 | — | ✓ | Photograph Metro Pharmacy front exterior |
| 82. | 2-5 | — | ✓ | Photograph of bus stop and gas station across the street from Metro Pharmacy |
| 83. | 2-5 | — | ✓ | Photograph Metro Pharmacy exterior front door open |
| 84. | 2-6 | ✓ | ✓ | Photograph Metro Pharmacy exterior close up of bottom of front door |
| 85. | | | ✓ | Photograph Metro Pharmacy interior toward counter |
| 86. | | | ✓ | Photograph Metro Pharmacy interior toward back office |
| 87. | | | ✓ | Photograph Metro Pharmacy interior depicting damaged hinges |
| 88. | | | ✓ | Photograph Metro Pharmacy interior area behind counter |
| 89. | | | ✓ | Photograph Metro Pharmacy interior refrigerator and open office door |
| 90. | | | ✓ | Photograph Metro Pharmacy interior safe |
| 91. | | | ✓ | Photograph Metro Pharmacy interior office manager door |
| 92. | | | ✓ | Photograph Metro Pharmacy interior office manager door close up |
| 93. | 2-5 | ✓ | ✓ | Photograph of stolen minivan parked in driveway of light blue house |
| 94. | 2-5 | ✓ | ✓ | Photograph of stolen minivan parked in driveway of light blue house close up from rear |
| 95. | 2-5 | ✓ | ✓ | Photograph of stolen minivan broken window |
| 96. | 2- | ✓ | ✓ | Photograph of minivan broken glass on carpet |
| 97. | | ✓ | ✓ | Photograph of minivan damaged ignition |
| 98. | 2-5 | ✓ | ✓ | Photograph areal view of Metro Pharmacy |
| 99. | 2-6 | ✓ | ✓ | TMECU surveillance video |
| 100. | 2-6 | ✓ | ✓ | Photograph of TMECU lobby toward from door |
| 101. | | | | Photograph of TMECU "Why Not?" sign and dismantled camera |
| 102. | | | | Photograph of TMECU surveillance camera on wall in lobby area |
| 103. | | | | Photograph of TMECU surveillance camera on wall in teller area |
| 104. | | | | Photograph of TMECU looking toward teller counter |
| 105. | | | | Photograph of TMECU close up toward teller counter |
| 106. | | | | Photograph of TMECU behind teller counter |
| 107. | | | | Photograph of TMECU behind teller desk area |

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
| 108. | 2-6 | ✓ | ✓ | Photograph of TMECU print cards on desk area |
| 109. | | | | Photograph of TMECU behind teller counter toward office |
| 110. | | | | Photograph of TMECU cabinets and file cabinets |
| 111. | | | | Photograph of TMECU cabinet door close up |
| 112. | | | | Photograph of TMECU cabinet door marked item "A" |
| 113. | | | | Photograph of TMECU cabinet door open |
| 114. | | | | Photograph of TMECU office door open |
| 115. | | | | Photograph of TMECU office door open looking toward file cabinets |
| 116. | | | | Photograph of TMECU inner office with "Your Money Matters" poster |
| 117. | | | | Photograph of TMECU cash dispensers and safe |
| 118. | 2-5 | ✓ | ✓ | Areal photograph taken from south of TMECU |
| 119. | 2-5 | ✓ | ✓ | Areal photograph taken from northwest of TMECU |
| 120. | 1-24 | | ✓ | TMECU Member Account Agreement for Lewis' Joint Account |
| 121. | 2-5 | ✓ | ✓ | Green Jeep Cherokee exterior front |
| 122. | | | | Green Jeep Cherokee exterior back |
| 123. | | | | Green Jeep Cherokee exterior driver's side |
| 124. | | | | Green Jeep Cherokee exterior passenger's side |
| 125. | | | | Green Jeep Cherokee interior driver's side |
| 126. | | | | Green Jeep Cherokee interior passenger's side |
| 127. | | | | Green Jeep Cherokee damaged ignition |
| 128. | 1-24 | | ✓ | Hutcherson Family YMCA Sign in Sheet |
| 129. | 2-24 | — | ✓ | Jimisha Franks lease agreement with Warren Properties |
| 130. | 2-7 | — | ✓ | Brion Johnson rental packet |
| 131. | 2-7 | ✓ | ✓ | Picture of White SUV |
| 132. | | | | David L. Moss Visitor Log for D. Tiger |
| 133. | | | | David L. Moss Visitor Log for M. Devers |
| 134. | | | | David L. Moss Visitor Log for J. Miller |
| 135. | | | | David L. Moss Visitor Log for C. Lewis |
| 136. | | | | David L. Moss Visitor Log for V. Hill |
| 137. | | | | David L. Moss Visitor Log for D. Hopkins |
| 138. | | | | David L. Moss Visitor Log for K. Hopkins |

Trial Exhibit List - Submit to Ctrm Deputy Do Not File

CV-16A 10/07

| No. | Ofr | Obj | Adm | Description |
|-----|-----|-----|-----|-------------|
| 139. | 2-7 | | ✓ | Arvest Surveillance video |
| 140. | 2-7 | | ✓ | Photograph of Arvest Bank exterior |
| 141. | | | | Photograph of Arvest Bank interior facing front door |
| 142. | | | | Photograph of Arvest lobby/including popcorn machine |
| 143. | | | | Photograph of Arvest bank offices |
| 144. | | | | Photograph of Arvest facing teller counter |
| 145. | | | | Photograph of Arvest teller counter close-up |
| 146. | | | | Photograph of Arvest behind counter |
| 147. | 2-7 | — | ✓ | Still photo of two robbers in Arvest lobby area |
| 148. | 2-7 | — | ✓ | Still photo of robbers on each side of Arvest teller counter |
| 149. | 2-7 | — | ✓ | Still photo of robber on customer side of Arvest counter |
| 150. | 2-7 | — | ✓ | Still photo of robber holding gun |
| 151. | 2-7 | — | ✓ | Photograph of Arvest front door with fingerprints |
| 152. | 2-7 | — | ✓ | Copy of bate bills provided by Arvest |
| 153. | 2-7 | — | ✓ | Areal view of Arvest Bank |
| 154. | 2-7 | — | ✓ | Photograph of Beacon with pamphlet |
| 155. | 2-7 | — | ✓ | Photograph of Beacon showing control panel |
| 156. | 2-8 | — | ✓ | Photograph of intersection of Pine and Norfolk |
| 157. | 2-7 | — | ✓ | Diagram of exterior 1107 East Pine |
| 158. | | | | Areal photo of 1107 East Pine |
| 159. | 2-7 | — | ✓ | Photograph of 1107 East Pine from the NW depicting grey car |
| 160. | ✓ | — | ✓ | Photograph of 1107 East Pine from rear |
| 161. | 2-8 | | ✓ | Photograph of brown shed |
| 162. | | | ✓ | Photograph of red and white metal shed |
| 163. | | | ✓ | Photograph inside red and white metal shed |
| 164. | | | ✓ | Photograph of grey workshop/shed |
| 165. | 2-8 | — | ✓ | Diagram of interior 1107 East Pine |
| 166. | 2-8 | — | ✓ | Photograph of front of 1107 East Pine |
| 167. | 2-8 | | ✓ | Photograph inside front door in living room area |
| 168. | | | | Photograph from exterior side/back door |
| 169. | | | | Photograph inside side/back door |

| No. | Ofr | Obj | Adm | Description |
|-----|-----|-----|-----|-------------|
| 170. | 2-8 | | ✓ | Photograph of kitchen area (table with stove in back) |
| 171. | | | | Photograph of oven drawer partially opened w/rusty pan on top |
| 172. | | | | Photograph of pillowcase with money concealed inside |
| 173. | | | | Photograph of open pillowcase with money |
| 174. | 2-7 | | ✓ | Photograph of $20's |
| 175. | 2-7 | | ✓ | Photograph of $20's with GPS device |
| 176. | 2-12 | — | ✓ | Copy of bait bills retrieved from money found in oven at 1107 East Pine |
| 177. | 2-8 | | ✓ | Photograph of dining room area |
| 178. | | | | Photograph of aquarium within the dining room area |
| 179. | | | | Photograph of living room area |
| 180. | | | | Photograph of bedroom (blue sheets/room F) |
| 181. | | | | Photograph of bed in room F |
| 182. | | | | Photograph of black hooded jacket hanging on the door |
| 183. | | | | Photograph of shoes next to hooded jacket |
| 184. | | | | Photograph of open drawer |
| 185. | | | | Photograph of gun (close-up) |
| 186. | | | | Photograph of room H from doorway |
| 187. | | | | Photograph of bed and dresser |
| 188. | | | | Photograph of mail on dresser |
| 189. | | | | Photograph close-up of mail addressed to Vernon J. Hill |
| 190. | | | | Photograph of room G |
| 191. | | | | Photograph from livingroom showing doorway to bedroom |
| 192. | | | | Photograph of money on bed |
| 193. | | | | Photograph of $100 bill |
| 194. | | | | David L. Moss Visitor Log for S. Hill |
| 195. | 2-8 | | ✓ | Glock .45 caliber handgun s/n HUB434 with evidence box seized from 1107 East Pine |
| 196. | 2-8 | | ✓ | Magazine for Glock .45 caliber handgun with nine (9) bullets seized from 1107 East Pine |
| 197. | 2-8 | | ✓ | Black hooded jacket with evidence envelope seized from 1107 East Pine |
| 198. | 2-8 | | ✓ | Ski Mask seized from 1107 East Pine with evidence envelope |
| 199. | 2-8 | | ✓ | Evidence box containing Tan pillow case and U.S. Currency found in tan pillow case seized from 1107 East Pine |
| 200. | 2-8 | | ✓ | $880.00 U.S. Currency with evidence envelope seized from 1107 East Pine |

CV-16A 10/07

| No. | Ofr | Obj | Adm | Description |
|-----|-----|-----|-----|-------------|
| 201. | 2-7 | — | ✓ | Arvest Audit Sheet |
| 202. | 2-7 | ✓ | ✓ 2-12 | Photograph of Landrum's Black Nissan Maxima |
| 203. | | | | Recording of V. Hill Jail Call |
| 204. | 2-7 | ⊘ | ✓ | Photograph of D. Hill |
| 205. | | | | Photograph of a cell site tower |
| 206. | | | | Photograph close up of top of cell site tower |
| 207. | 2-13 | ✓ | ✓ | Cricket Cell Site Tower List   *admitted for limited purpose* |
| 208. | | ✓ | ✓ | Cricket Call Data Records |
| 209. | | | | Sprint Cell Site Tower List |
| 210. | 2-8 | ✓ | ✓ | Sprint Call Data Records |
| 211. | 2-13 | ✓ | ✓ | Metro Cell Site Tower Diagrams |
| 212. | | ✓ | ✓ | TMECU Cell Site Tower Diagrams |
| 213. | | ✓ | ✓ | Arvest Cell Site Tower Diagrams |
| 214. | | | | Summary charts of call data on 8/13/2011 |
| 215. | | | | Summary charts of call data on 9/16/2011 |
| 216. | | | | Summary charts of 11/4/2011-11/5/2011 call data |
| 217. | | | | Summary chart highlighting V. Hill's Phone Activity |
| 218. | | | | Summary chart highlighting D. Hill's Phone Activity |
| 219. | | | | Summary chart highlighting S. Hill's Phone Activity |
| 220. | 1-25 | ✓ | ✓ | Photograph of eight individuals holding money |
| 221. | | | | Surveillance Video Walgreens Pharmacy Robbery |
| 222. | | | | Surveillance Video Saffa Pharmacy Burglary |
| 223. | | | | Black Glove (Saffa) |
| 224. | | | | T-Shirt Sleeve (Saffa) |
| 225. | | | | Head cover with shirt sleeve (Saffa) |
| 226. | | | | Right glove (Saffa) |
| 227. | | | | Ski Mask (Saffa) |
| 228. | | | | Yellow and Black Crow Bar (Saffa) |
| 229. | | | | Trash Bag found in Lewis' pocket (Saffa) |
| 230. | | | | Crow bar found in truck (Saffa) |
| 231. | | | | Roll of trash bags (Saffa) |

| No. | Ofr | Obj | Adm | Description |
|-----|-----|-----|-----|-------------|
| 232. | | | | Bottle of cough syrup (Saffa) |
| 233. | | | | Photograph of two perpetrators (Saffa) |
| 234. | 2-12 | ✓ | ✓ | Surveillance Video CVS Pharmacy Robbery |
| 235. | 2-12 | ✓ | ✓ | Photograph from CVS Pharmacy Robbery |
| 236. | | | | Facebook Photographs of C. Lewis wearing NY Yankees' hats |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| No. | Ofr | Obj | Adm | Description |
|-----|-----|-----|-----|-------------|
|     |     |     |     |             |
|     |     |     |     |             |
|     |     |     |     |             |
|     |     |     |     |             |

(For Additional lines, press Enter or Tab)

*Submitted 2/5/13*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA
      Plaintiff(s)

vs.

Case Number:    12-CR-00050-JHP

VERNON JAMES HILL
DEANDRE ANTONIO HOPKINS
DEJUAN LESHAE HILL
      Defendant(s)

### EXHIBIT LIST FOR TRIAL

**SUBMITTED BY ATTORNEY:**  J. McCORMICK and D. FRIES

**PARTY REPRESENTED:**    UNITED STATES

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
| 1. | | | | Facebook Photograph of small child surrounded by loose U.S. currency |
| 2. | | | | Facebook Photograph of small child surrounded by $100 bills and holding money in his/her mouth |
| | | | | Facebook Photograph of three males including D. Hopkins and D. Tiger |
| 4. | | | | Facebook Photograph of D. Hopkins with wad of money in his mouth/ D. Tiger holding money |
| 5. | | | | Facebook posting of K. Hopkins, M. Devers ,D. Hopkins and D. Herron |
| 6. | | | | Facebook Photograph of group of people standing near video games |
| 7. | | | | Facebook posting of photograph depicting U.S. Currency spread out on floor |
| 8. | | | | Facebook posting of photograph depicting Samone Isom, Christopher Lewis and small child |
| 9. | | | | Facebook Photograph of D. Hopkins with D. Tiger standing behind him |
| 10. | | | | Facebook Photograph of K. Hopkins, D. Hopkins, E. Brown, Dalon and Dash in park |
| 11. | | | | Facebook Photograph of Symira Smittick and James Miller |
| 12. | | | | Facebook Photograph posted on Charliesa Hopkins' Facebook Page (five males) |
| 13. | | | | Facebook posting with picture of D. Tiger and D. Hopkins |
| 14. | | | | Facebook posting from Chas.Miller with picture depicting U.S. Currency and Hawaiian punch |
| | | | | Facebook posting with caption picture of Sman Hopkins in pre Fourth of July Party |
| 16. | | | | Facebook posting from Dejuan Hill's page depicting James Miller |

CV-16A 10/07

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
|  |  |  |  | Facebook posting from Dejuan Hill's page depicting numerous people including "Mill Ticcet" |
| 18. |  |  |  | Facebook posting from Dejuan Hill's page with picture of pink drink |
| 19. |  |  |  | Facebook posting depicting picture of small child surrounded by loose U.S. currency |
| 20. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for D. Tiger |
| 21. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for D. Hopkins |
| 22. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for K. Hopkins |
| 23. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for D. Hill |
| 24. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for V. Hill |
| 25. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for J. Miller |
| 26. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for C. Lewis |
| 27. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for M. Devers |
| 28. |  |  |  | Tulsa Multi-Agency Gang Operational Team documentation for D. Herron |
| 29. |  |  |  | IBC Surveillance video |
| 30. |  |  |  | Photograph of IBC Bank (front/exterior) |
|  |  |  |  | Photograph of IBC Bank (side exterior/looking toward McDonald's) |
| 32. |  |  |  | Photograph of IBC Bank (side exterior/looking toward apartments) |
| 33. |  |  |  | Photograph of IBC Bank in the lobby toward teller counter |
| 34. |  |  |  | Photograph of IBC Bank in the lobby toward front door |
| 35. |  |  |  | Photograph close-up of IBC toward teller counter |
| 36. |  |  |  | Photograph of perpetrator at the IBC teller counter |
| 37. |  |  |  | Photograph of perpetrator at the IBC teller counter holding bag |
| 38. |  |  |  | Photograph of two print cards taken from IBC teller counter |
| 39. |  |  |  | Photograph of three print cards taken from IBC teller counter |
| 40. |  |  |  | Photo line-up used (IBC) |
| 41. |  |  |  | Inventory of items taken during the robbery of Dooley Pharmacy |
| 42. |  |  |  | Brown cloth gloves found in Silver Monte Carlo |
| 43. |  |  |  | Silver and black S & W pistol found in Silver Monte Carlo |
| 43a-b |  |  |  | Magazine and Ammunition |
|  |  |  |  | Grey spandex gloves found in Silver Monte Carlo |
| 45. |  |  |  | Multicolored cloth gloves seized from Silver Monte Carlo |

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
| 46. | | | | Bottle of cough syrup seized from Silver Monte Carlo |
| | | | | Black stocking caps seized from Silver Monte Carlo |
| 48. | | | | Sig Sauger handgun seized from Silver Monte Carlo |
| 49-49a | | | | 9mm magazine for Sig Sauger and ammunition |
| 50. | | | | Photographs of DNA items # 13A-13C-2 (Dooley) |
| 51. | | | | Photograph of DNA items #13D-13E (Dooley) |
| 52. | | | | T.Roy Barnes surveillance video |
| 53. | | | | Photograph T. Roy Barnes Drug Store (front) |
| 54. | | | | Photograph T. Roy Barnes (lobby - in front of counter) |
| 55. | | | | Photograph T. Roy Barnes (behind the counter) |
| 56. | | | | Photograph T. Roy Barnes (shelves) |
| 57. | | | | Photograph T. Roy Barnes (counter with trash can underneath) |
| 58. | | | | Photograph T. Roy Barnes (door to back room with hooks on the wall) |
| 59. | | | | Photograph T.Roy Barnes (hooks on wall in back room) |
| | | | | Photograph T. Roy Barnes (shelf against back wall) |
| 61. | | | | Photograph of victim and two perpetrators standing behind the counter |
| 62. | | | | Photograph of perpetrator wearing red hooded jacket |
| 63. | | | | Photograph of perpetrator wearing red hooded jacket carrying a bag |
| 64. | | | | Photograph- Stolen Ford Explorer (front exterior) |
| 65. | | | | Photograph- Stolen Ford Explorer (rear exterior) |
| 66. | | | | Photograph- Stolen Ford Explorer (front interior) |
| 67. | | | | Photograph- Stolen Ford Explorer (back interior) |
| 68. | | | | Photograph of items left in the stolen Ford Explorer |
| 69. | | | | Photograph of stolen Century Buick (side) |
| 70. | | | | Photograph of stolen Century Buick (rear) |
| 71. | | | | Photograph of stolen Century Buick (interior) |
| 72. | | | | T. Roy Barnes Inventory of stolen controlled substances |
| 73. | | | | Blue hooded Jacket |
| | | | | Brown gloves |
| 75. | | | | Photograph of DNA item #28  (T. Roy Barnes) |
| 76. | | | | Shirt Sleeve recovered from stolen Ford Explorer |

| No. | Ofr | Obj | Adm | Description |
|-----|-----|-----|-----|-------------|
| 77. | | | | Map depicting locations relevant to stolen car and T. Roy Barnes |
| | | | | Photograph of house located at 20 West 27th Street North, Tulsa, Ok |
| 79. | | | | Metro surveillance video |
| 80. | | | | Metro Pharmacy 911 call |
| 81. | | | | Photograph Metro Pharmacy front exterior |
| 82. | | | | Photograph of bus stop and gas station across the street from Metro Pharmacy |
| 83. | | | | Photograph Metro Pharmacy exterior front door open |
| 84. | | | | Photograph Metro Pharmacy exterior close up of bottom of front door |
| 85. | | | | Photograph Metro Pharmacy interior toward counter |
| 86. | | | | Photograph Metro Pharmacy interior toward back office |
| 87. | | | | Photograph Metro Pharmacy interior depicting damaged hinges |
| 88. | | | | Photograph Metro Pharmacy interior area behind counter |
| 89. | | | | Photograph Metro Pharmacy interior refrigerator and open office door |
| 90. | | | | Photograph Metro Pharmacy interior safe |
| 91. | | | | Photograph Metro Pharmacy interior office manager door |
| | | | | Photograph Metro Pharmacy interior office manager door close up |
| 93. | | | | Photograph of stolen minivan parked in driveway of light blue house |
| 94. | | | | Photograph of stolen minivan parked in driveway of light blue house close up from rear |
| 95. | | | | Photograph of stolen minivan broken window |
| 96. | | | | Photograph of minivan broken glass on carpet |
| 97. | | | | Photograph of minivan damaged ignition |
| 98. | | | | Photograph areal view of Metro Pharmacy |
| 99. | | | | TMECU surveillance video |
| 100. | | | | Photograph of TMECU lobby toward from door |
| 101. | | | | Photograph of TMECU "Why Not?" sign and dismantled camera |
| 102. | | | | Photograph of TMECU surveillance camera on wall in lobby area |
| 103. | | | | Photograph of TMECU surveillance camera on wall in teller area |
| 104. | | | | Photograph of TMECU looking toward teller counter |
| 105. | | | | Photograph of TMECU close up toward teller counter |
| | | | | Photograph of TMECU behind teller counter |
| 107. | | | | Photograph of TMECU behind teller desk area |

| No. | Ofr | Obj | Adm | Description |
|-----|-----|-----|-----|-------------|
| 108. | | | | Photograph of TMECU print cards on desk area |
| ). | | | | Photograph of TMECU behind teller counter toward office |
| 110. | | | | Photograph of TMECU cabinets and file cabinets |
| 111. | | | | Photograph of TMECU cabinet door close up |
| 112. | | | | Photograph of TMECU cabinet door marked item "A" |
| 113. | | | | Photograph of TMECU cabinet door open |
| 114. | | | | Photograph of TMECU office door open |
| 115. | | | | Photograph of TMECU office door open looking toward file cabinets |
| 116. | | | | Photograph of TMECU inner office with "Your Money Matters" poster |
| 117. | | | | Photograph of TMECU cash dispensers and safe |
| 118. | | | | Areal photograph taken from south of TMECU |
| 119. | | | | Areal photograph taken from northwest of TMECU |
| 120. | | | | TMECU Member Account Agreement for Lewis' Joint Account |
| 121. | | | | Green Jeep Cherokee exterior front |
| 122. | | | | Green Jeep Cherokee exterior back |
| . | | | | Green Jeep Cherokee exterior driver's side |
| 124. | | | | Green Jeep Cherokee exterior passenger's side |
| 125. | | | | Green Jeep Cherokee interior driver's side |
| 126. | | | | Green Jeep Cherokee interior passenger's side |
| 127. | | | | Green Jeep Cherokee damaged ignition |
| 128. | | | | Hutcherson Family YMCA Sign in Sheet |
| 129. | | | | Jimisha Franks lease agreement with Warren Properties |
| 130. | | | | Brion Johnson rental packet |
| 131. | | | | Picture of White SUV |
| 132. | | | | David L. Moss Visitor Log for D. Tiger |
| 133. | | | | David L. Moss Visitor Log for M. Devers |
| 134. | | | | David L. Moss Visitor Log for J. Miller |
| 135. | | | | David L. Moss Visitor Log for C. Lewis |
| 136. | | | | David L. Moss Visitor Log for V. Hill |
| . | | | | David L. Moss Visitor Log for D. Hopkins |
| 138. | | | | David L. Moss Visitor Log for K. Hopkins |

| No. | Ofr | Obj | Adm | Description |
|-----|-----|-----|-----|-------------|
| 139. | | | | Arvest Surveillance video |
| J. | | | | Photograph of Arvest Bank exterior |
| 141. | | | | Photograph of Arvest Bank interior facing front door |
| 142. | | | | Photograph of Arvest lobby/including popcorn machine |
| 143. | | | | Photograph of Arvest bank offices |
| 144. | | | | Photograph of Arvest facing teller counter |
| 145. | | | | Photograph of Arvest teller counter close-up |
| 146. | | | | Photograph of Arvest behind counter |
| 147. | | | | Still photo of two robbers in Arvest lobby area |
| 148. | | | | Still photo of robbers on each side of Arvest teller counter |
| 149. | | | | Still photo of robber on customer side of Arvest counter |
| 150. | | | | Still photo of robber holding gun |
| 151. | | | | Photograph of Arvest front door with fingerprints |
| 152. | | . | | Copy of bate bills provided by Arvest |
| 153. | | | | Areal view of Arvest Bank |
| . | | ' | | Photograph of Beacon with pamphlet |
| 155. | | | | Photograph of Beacon showing control panel |
| 156. | | | | Photograph of intersection of Pine and Norfolk |
| 157. | | | | Diagram of exterior 1107 East Pine |
| 158. | | | | Areal photo of 1107 East Pine |
| 159. | | | | Photograph of 1107 East Pine from the NW depicting grey car |
| 160. | | | | Photograph of 1107 East Pine from rear |
| 161. | | | | Photograph of brown shed |
| 162. | | | | Photograph of red and white metal shed |
| 163. | | | | Photograph inside red and white metal shed |
| 164. | | | | Photograph of grey workshop/shed |
| 165. | | | | Diagram of interior 1107 East Pine |
| 166. | | | | Photograph of front of 1107 East Pine |
| 167. | | | | Photograph inside front door in living room area |
| . | | | | Photograph from exterior side/back door |
| 169. | | | | Photograph inside side/back door |

CV-16A 10/07

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
| 170. | | | | Photograph of kitchen area (table with stove in back) |
| | | | | Photograph of oven drawer partially opened w/rusty pan on top |
| 172. | | | | Photograph of pillowcase with money concealed inside |
| 173. | | | | Photograph of open pillowcase with money |
| 174. | | | | Photograph of $20's |
| 175. | | | | Photograph of $20's with GPS device |
| 176. | | | | Copy of bait bills retrieved from money found in oven at 1107 East Pine |
| 177. | | | | Photograph of dining room area |
| 178. | | | | Photograph of aquarium within the dining room area |
| 179. | | | | Photograph of living room area |
| 180. | | | | Photograph of bedroom (blue sheets/room F) |
| 181. | | | | Photograph of bed in room F |
| 182. | | | | Photograph of black hooded jacket hanging on the door |
| 183. | | | | Photograph of shoes next to hooded jacket |
| 184. | | | | Photograph of open drawer |
| | | | | Photograph of gun (close-up) |
| 186. | | | | Photograph of room H from doorway |
| 187. | | | | Photograph of bed and dresser |
| 188. | | | | Photograph of mail on dresser |
| 189. | | | | Photograph close-up of mail addressed to Vernon J. Hill |
| 190. | | | | Photograph of room G |
| 191. | | | | Photograph from livingroom showing doorway to bedroom |
| 192. | | | | Photograph of money on bed |
| 193. | | | | Photograph of $100 bill |
| 194. | | | | David L. Moss Visitor Log for S. Hill |
| 195. | | | | Glock .45 caliber handgun s/n HUB434 with evidence box seized from 1107 East Pine |
| 196. | | | | Magazine for Glock .45 caliber handgun with nine (9) bullets seized from 1107 East Pine |
| 197. | | | | Black hooded jacket with evidence envelope seized from 1107 East Pine |
| 198. | | | | Ski Mask seized from 1107 East Pine with evidence envelope |
| | | | | Evidence box containing Tan pillow case and U.S. Currency found in tan pillow case seized from 1107 East Pine |
| 200. | | | | $880.00 U.S. Currency with evidence envelope seized from 1107 East Pine |

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
| 201. | | | | Arvest Audit Sheet |
| . | | | | Photograph of Landrum's Black Nissan Maxima |
| 203. | | | | Recording of V. Hill Jail Call |
| 204. | | | | Photograph of D. Hill |
| 205. | | | | Photograph of a cell site tower |
| 206. | | | | Photograph close up of top of cell site tower |
| 207. | | | | Cricket Cell Site Tower List |
| 208 A-L | 2-5 | ✓ | — | Cricket Call Data Records   2/8-A-B — obj — adm / G-H-obj-adm  C-D-obj — adm /2-12I-J-obj-adm  E-F-obj — adm /2-12K-L-obj-adm |
| 209 A-B | | | | Sprint Cell Site Tower List/Sprint Cell Tower Diagram |
| 210 A-B | 2-8 | ✓ | ✓ | Sprint Call Data Records |
| 211. | | | | Metro Cell Site Tower Diagrams |
| 212. | | | | TMECU Cell Site Tower Diagrams |
| 213. | | | | Arvest Cell Site Tower Diagrams |
| . | | | | Summary charts of call data on 8/13/2011 |
| 215. | | | | Summary charts of call data on 9/16/2011 |
| 216. | | | | Summary charts of 11/4/2011-11/5/2011 call data |
| 217. | | | | Summary chart highlighting V. Hill's Phone Activity |
| 218. | | | | Summary chart highlighting D. Hill's Phone Activity |
| 219. | | | | Summary chart highlighting S. Hill's Phone Activity |
| 220. | ✓ | | ✓ | Photograph of eight individuals holding money |
| 221. | | | | Surveillance Video Walgreens Pharmacy Robbery |
| 222. | | | | Surveillance Video Saffa Pharmacy Burglary |
| 223. | | | | Black Glove (Saffa) |
| 224. | | | | T-Shirt Sleeve (Saffa) |
| 225. | | | | Head cover with shirt sleeve (Saffa) |
| 226. | | | | Right glove (Saffa) |
| 227. | | | | Ski Mask (Saffa) |
| . | | | | Yellow and Black Crow Bar (Saffa) |
| 229. | | | | Trash Bag found in Lewis' pocket (Saffa) |

| No. | Ofr | Obj | Adm | Description |
|------|------|------|------|-------------|
| 230. | | | | Crow bar found in truck (Saffa) |
| . | | | | Roll of trash bags (Saffa) |
| 232. | | | | Bottle of cough syrup (Saffa) |
| 233. | | | | Photograph of two perpetrators (Saffa) |
| 234. | | | | Surveillance Video CVS Pharmacy Robbery |
| 235. | | | | Photograph from CVS Pharmacy Robbery |
| 236. | 2-6 | ✓ | ✓ | Facebook Photographs of C. Lewis wearing NY Yankees' hats |
| 237. | 2-6 | ✓ | ✓ | Photograph TMECU Lobby facing two offices |
| 238. | 2-5 | — | ✓ | Herron Plea Agreement |
| 239. | 1 | — | ✓ | Herron Plea Agreement Supplement |
| 240. | | | | Herron Residence Front/Exterior |
| 241. | | | | Herron Residence Mirror and Windows |
| 242. | | | | Herron Residence Two Windows Exterior |
| 243. | | | | Herron Residence Mini Blinds and Damage to Trim |
| 244. | | | | Herron Residence Hole in Mini Blind |
| . | | | | Herron Residence Hanging Mini Blind |
| 246. | | | | Herron Residence Hole in Drywall |
| 247. | | | | Herron Residence Bullet Hole in Trim Next to Drywall |
| 248. | | | | Herron Residence Brown Wooden Cabinet |
| 249. | | | | Herron Residence Bullet Hole on Trim of Doorway |
| 250. | | | | Herron Residence Close-up Bullet Hole on Trim of Doorway |
| 251. | | | | Herron Residence Bullet Hole in Drywall Next to Trim |
| 252. | | | | Herron Residence Two Bullet Holes in Exterior Siding |
| 253. | | | | Herron Residence Bullet Holes in Window Screen and Glass |
| 254. | | | | Herron Residence Single Bullet Hole in Siding |
| 255. | 2-13 | ✓ | — | Dejuan Hill tattoo "27" and Dice |
| 256. | | | | Dejuan Hill tattoo gunman "sticc up" |
| 257. | | | | Dejuan Hill tattoos forearms "Vera" "Hill" |
| 258. | | | | Dejuan Hill tattoo "Paper Chaser" and bags of money |
| | | | | |
| | | | | |

| No. | Ofr | Obj | Adm | Description |
|-----|-----|-----|-----|-------------|
|     |     |     |     |             |
|     |     |     |     |             |
|     |     |     |     |             |
|     |     |     |     |             |
|     |     |     |     |             |
|     |     |     |     |             |

(For Additional lines, press Enter or Tab)

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____Northern_____     DISTRICT OF     _____Oklahoma_____

United States of America

V.

Vernon James Hill

## EXHIBIT AND WITNESS LIST

Case Number: 12-CR-00050-JHP

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Judge James H. Payne | Dennis Fries/Joel-lyn McCormick | Robert Williams |
| TRIAL DATE (S) 01/23/2013 | COURT REPORTER Greg Bloxom | COURTROOM DEPUTY Pam Lynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Witness Statement of Norma Deleon |
| | 2 | | | | Witness Statement of Jessica Grant |
| | 3 | | | | Witness Statement of Melissa Hauser |
| | 4 | | | | Witness Statement of Shoko Watanabe |
| | 5 | | | | Witness Statement of Sergio Torres |
| | 6 | | | | Witness Statement of Jennifer Alvarado |
| | 7 | | | | TPD Crime Scene Unit Report- Photographs |
| | 7a | | | | TPD Bank Counter Photograph |
| | 7b | | | | TPD Bank Photograph |
| | 7c | | | | TPD Bank Counter Photograph |
| | 7d | | | | TPD Bank 3 Latent Card Photograph |
| | 7e | | | | TPD Bank 2 Latent Card Photograph |
| | 8 | | | | TPD Supplemental Report by Det. J.F. Brown- 08/27/09 |
| | 9 | | | | TPD Supplemental Report by Det. J.F. Brown- 01/25/12 |
| | 10 | | | | Video Surveillance Still |
| | 11 | | | | 6 Man Line-up |
| | 12 | | | | TPD Supplemental Report by Cpl. C.L. Stout- 07/05/12 |
| | 13 | | | | TPD Forensic Lab Report re: Fingerprints and AFIS- 09/15/09 |
| | 14 | | | | TPD Forensic Lab Report re: Fingerprints and Vernon Hill- 11/02/09 |
| | 15 | | | | TPD Forensic Lab Report re: Palm Prints and Vernon Hill- 01/14/13 |
| | 16 | | | | Witness Statement of Telitha Johnson |
| | 17 | | | | Witness Statement of Ahmad ABD-Raffur |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| United States of America vs. | | | | Vernon James Hill | CASE NO. 12-CR-00050-JHP |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 18 | | | | Witness Statement of Patricia Brown |
| | 19 | | | | Witness Statement of Samuel Osei |
| | 20 | | | | Metro Pharmacy Surveillance Disc |
| | 21 | | | | CHS Reports of Duncan Herron |
| | 22 | | | | SMS Detail Report |
| | 23 | | | | Vernon Hill Gang Identification Sheet |
| | 24 | | | | Duncan Herron Gang Identification Sheet |
| | | | | | |
| | 1 | 2-13 | 4:45 | | Witness Jenai VanDyke |
| | 2 | | | | Expert Witness John B. Minor |
| | 3 | | | | All witnesses the government chooses to call at trial |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**EXHIBIT LIST FOR DEANDRE ANTONIO HOPKINS**

**U.S. V. DEANDRE ANTONIO HOPKINS, 12-CR-50-JHP**

(1)   Transcript of Grand Jury Testimony of Duncan Herron dated February 8, 2012

Submitted by:

Timothy J. Gifford, Attorney for Defendant Deandre Hopkins

January 23, 2013

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case NO. 12-CR-50-JHP |
| | ) | |
| DEJUAN LESHAE HILL, | ) | |
| | ) | |
| Defendant, | ) | |

## WITNESS AND EXHIBIT LIST

**COMES NOW,** Terry L. Weber, counsel for Dejuan Hill, and  and submits his witness and exhibit list as follows:

WITNESSES

TPD OFFICER DONNIE JOHNSON

DEJUAN HILL

VERA HILL

WHITNEY LANDRUM

CHARLES L. JONES

JOHN B. MINOR (COMMUNICATIONS EXPERT)  *No Jury 2/12 5:30*


EXHIBITS

TRACIS REPORT OF DONIIE JOHNSON DATED 11-05-11 (2 PAGES)

OFFENSE REPORT OF M.WIGHTMAN DATED 11-5-11  (5 PAGES)

TRACIS REPORT OF KEVIN WARNE DATED 05-09-11  (4 PAGES)

GANG OPERATIONAL TEAM REPORT   (2 PAGES)

Respectfully submitted,


 s/Terry L. Weber
TERRY L. WEBER, OBA #10149
Attorney for Defendant
Weber & Associates, P.C.
320 South Boston, Suite 825
Tulsa, Oklahoma  74103
(918) 582-1910
(918) 582-2015 Fax

2